1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Hon. Robert S. Lasnik |
| | ) | |
| Plaintiff, | ) | No. 2:08-cr-00244-RLS-3 |
| | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | OF COUNSEL |
| LUCRETIA JAMES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sarah K. Duran of Davis Wright Tremaine LLP, hereby withdraws as Attorney of Record for The Canadian Broadcasting Corporation, an interested party in the above-entitled action.  Bruce E. H. Johnson and Davis Wright Tremaine LLP, will remain as counsel for The Canadian Broadcasting Corporation in the above-entitled action.

////
////
////

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1   Please remove Ms. Duran's name from any certificates of service.

2   DATED this 15th day of October, 2013.

3

4                                           Davis Wright Tremaine LLP
                                            Attorneys for The Canadian
5                                           Broadcasting Corporation

6

7                                           By /s/ Sarah K. Duran
                                               Bruce E. H. Johnson, WSBA #7667
8                                              Sarah K. Duran, WSBA # 38954
                                               1201 Third Avenue, Suite 2200
9                                              Seattle, WA  98101-3045
                                               Telephone:  206-622-3150
10                                             Facsimile:   206-757-7700
                                               E-mail:  brucejohnson@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Richard J Troberman | tmanlaw@aol.com |
| Jon Robert Zulauf | JonZulauf@ZulaufandChambliss.com |
| Todd Maybrown | todd@ahmlawyers.com |
| Michele Shaw | michele@micheleshawlaw.com |
| Susan M Roe | Susan.Roe@usdoj.gov |
| Sarah Y Vogel | Sarah.Vogel@usdoj.gov, |
| Cooper Offenbecher | cooper@ahmlawyers.com |

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 15th day of October 2013.

s/Sarah K. Duran
Sarah K. Duran

NOTICE OF WITHDRAWAL OF COUNSEL - 3
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax