1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

10   UNITED STATES OF AMERICA,          )    Hon. Robert S. Lasnik
                                        )
11                       Plaintiff,     )    No. 2:08-cr-00244-RLS-3
                                        )
12            v.                        )    NOTICE OF CHANGE OF
                                        )    ATTORNEY ADDRESS
13   LUCRETIA JAMES,                    )
                                        )
14                       Defendant.     )
                                        )
15   _____)

16   TO:    THE CLERK OF THE COURT; and

17   TO:    ALL PARTIES AND ALL COUNSEL OF RECORD:

18          PLEASE TAKE NOTICE THAT effective as of October 15, 2013, the address for

19   Sarah K. Duran, counsel for The Canadian Broadcasting Corporation, has changed.

20   ////
     ////
21   ////
     ////
22   ////
     ////
23   ////

NOTICE OF CHANGE OF
ATTORNEY ADDRESS - 1
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 15th day of October, 2013.

2                                        Davis Wright Tremaine LLP
                                         Attorneys for The Canadian
3                                        Broadcasting Corporation

4

5                                        By /s/ Sarah K. Duran
6                                            Bruce E. H. Johnson, WSBA #7667
                                             Sarah K. Duran, WSBA #30954
7                                            1201 Third Avenue, Suite 2200
                                             Seattle, WA  98101-3045
8                                            Telephone:  206-622-3150
                                             Facsimile:   206-757-7700
9                                            E-mail:  brucejohnson@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF CHANGE OF
ATTORNEY ADDRESS - 2
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the

following:

| | |
|---|---|
| Richard J Troberman | tmanlaw@aol.com |
| Jon Robert Zulauf | JonZulauf@ZulaufandChambliss.com |
| Todd Maybrown | todd@ahmlawyers.com |
| Michele Shaw | michele@micheleshawlaw.com |
| Susan M Roe | Susan.Roe@usdoj.gov |
| Sarah Y Vogel | Sarah.Vogel@usdoj.gov, |
| Cooper Offenbecher | cooper@ahmlawyers.com |

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 15th day of October 2013.


s/Sarah K. Duran
Sarah K. Duran

NOTICE OF CHANGE OF
ATTORNEY ADDRESS - 3
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax