UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Hon. Robert S. Lasnik |
| ) | |
| Plaintiff, ) | No. 2:08-cr-00244-RLS-3 |
| ) | |
| v. ) | AMENDED NOTICE OF |
| ) | CHANGE OF ATTORNEY |
| LUCRETIA JAMES, ) | ADDRESS |
| ) | |
| Defendant. ) | |
| ) | |

TO:   THE CLERK OF THE COURT; and

TO:   ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective as of October 15, 2013, the address for Sarah K. Duran, counsel for The Canadian Broadcasting Corporation, has changed.

FORMER ADDRESS:
Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-757-8035
Facsimile: 206- 757-7035
Email: SarahDuran@dwt.com

NEW ADDRESS:
F5 Networks
401 Elliott Avenue West
Seattle, WA  98119-3045
Telephone:  206-272-7487
Email:  S.Duran@F5.com

AMENDED NOTICE OF CHANGE OF
OF ATTORNEY ADDRESS - 1
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1     DATED this 16th day of October, 2013.

2

3                                       Davis Wright Tremaine LLP
                                      Attorneys for The Canadian
                                      Broadcasting Corporation

4

5                                       By /s/ Sarah K. Duran
6                                           Bruce E. H. Johnson, WSBA #7667
                                          Sarah K. Duran, WSBA #30954
7                                           1201 Third Avenue, Suite 2200
                                          Seattle, WA  98101-3045
8                                           Telephone:  206-622-3150
                                          Facsimile:  206-757-7700
9                                           E-mail:  brucejohnson@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

AMENDED NOTICE OF CHANGE OF
OF ATTORNEY ADDRESS - 2
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Richard J Troberman | tmanlaw@aol.com |
| Jon Robert Zulauf | JonZulauf@ZulaufandChambliss.com |
| Todd Maybrown | todd@ahmlawyers.com |
| Michele Shaw | michele@micheleshawlaw.com |
| Susan M Roe | Susan.Roe@usdoj.gov |
| Sarah Y Vogel | Sarah.Vogel@usdoj.gov, |
| Cooper Offenbecher | cooper@ahmlawyers.com |

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 16th day of October 2013.

s/Sarah K. Duran
Sarah K. Duran

AMENDED NOTICE OF CHANGE OF
OF ATTORNEY ADDRESS - 3
Case No. 2:08-cr-00244-RLS-3
DWT 22721765v1 0090291-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax