UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                           ) CASE NO. CR08-244-RSL
    Plaintiff, )
                                           )
    v. )
                                           ) DETENTION ORDER
COLIN HUGH MARTIN, )
                                           )
    Defendant. )
_____ )

Offense charged: Conspiracy to Possess with the Intent to Distribute Controlled Substances

Date of Detention Hearing: January 17, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant was not interviewed by Pretrial services so much of his background information is unknown or unverified. He is a native and citizen of Canada. Information indicates that the defendant has a criminal record in Canada relating to a marijuana smuggling operation. Defendant has been fighting extradition from Canada for the instant charges since they were filed in 2009. All other defendants have been sentenced.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 17th day of January, 2018.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge