UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLIN HUGH MARTIN,<br><br>Defendant. | Case No. CR08-244RSL<br><br>ORDER CONTINUING<br>TRIAL DATE |

This matter comes before the Court on defendant's "Unopposed Motion to Continue Trial and Reset Pretrial Motions Deadline." Dkt. # 176. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial in Mr. Martin's case is currently scheduled for March 26, 2018; and that his case involves voluminous discovery comprised of several thousand pages contained on nineteen DVD discs. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial

ORDER CONTINUING TRIAL DATE - 1

preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

4. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 30, 2018. Dkt. # 177.

IT IS HEREBY ORDERED that the trial date be continued from March 26, 2018, to June 25, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 25, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of March 26, 2018, up to and including August 30, 2018, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 7th day of February, 2018.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2