HONORABLE JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-244 RSL |
| Plaintiff, | ) ) | MOTION TO FILE SENTENCING |
| v. | ) ) | MEMORANDUM AND EXHIBITS UNDER SEAL |
| COLIN HUGH MARTIN, | ) ) ) | |
| Defendant. | ) | |

Defendant Colin Martin moves to file his sentencing memorandum and exhibits under seal. This motion is brought because the documents contain sensitive information that should not be made public.

Dated this 20th day of June, 2018.

*Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Martin

Certificate of Service

I hereby certify that on the 20th day of June , 2018 I did file the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to all attorneys of record.

*/s/Peter A. Camiel*

Motion to Seal
United States v. Colin Martin CR08-244 RSL